UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE AHUMADA-RODRIGUEZ,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C13-6027 BHS

ORDER DENYING PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT

This matter comes before the Court on Petitioner Jose Ahumada-Rodriguez's ("Ahumada-Rodriguez") motion to alter or amend judgment (Dkt. 11).

On January 31, 2014, the Court denied Ahumada-Rodriguez's motion to vacate, set aside, or correct his sentence.  Dkt. 9.  On February 27, 2014, Ahumada-Rodriguez filed the instant motion asserting that the Court erred in its analysis and conclusions.  Dkt. 11.  On March 12, 2014, the Government responded.  Dkt. 12.

The Court has reviewed the briefs and the previous order and finds no error of law. Therefore, the Court **DENIES** Ahumada-Rodriguez's motion to alter or amend.  Dkt. 11.

**IT IS SO ORDERED.**

Dated this 21st day of March, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1